# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 31, 2006

MEMORANDUM TO COUNSEL OR PARTIES

*4:90cr4023-WS*

**Appeal Number: 06-10422-B**
Case Style: In Re: John Jacob Wells
District Court Number:

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers/wl/404-335-6181

Encl.

06 FEB -2 PM 1: 43

FILED

DIS-4 (3-2005)

```
                                              FILED
                                       U.S. COURT OF APPEALS
                                         ELEVENTH CIRCUIT

IN THE UNITED STATES COURT OF APPEALS     JAN 31 2006

FOR THE ELEVENTH CIRCUIT
                                           THOMAS K. KAHN
                                               CLERK
```

NO. 06-10422-B

IN RE: JOHN JACOB WELLS,

                                                                  Petitioner.

Application for Leave to File a Second or Successive
Motion to Vacate, Set Aside,
or Correct Sentence, 28 U.S.C. § 2255

Before CARNES, BARKETT, and PRYOR, Circuit Judges.

BY THE PANEL:

      Pursuant to 28 U.S.C. §§ 2255 and 2244(b)(3)(A), as amended by §§ 105 and 106 of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), John Jacob Wells has filed an application seeking an order authorizing the district court to consider a second or successive motion to vacate, set aside, or correct his federal sentence, 28 U.S.C. § 2255. Such authorization may be granted only if this Court certifies that the second or successive motion contains a claim involving:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255. "The court of appeals may authorize the filing of a second or successive application only if it determines that the application makes a prima facie showing that the application

satisfies the requirements of this subsection." 28 U.S.C. § 2244(b)(3)(C).

In his application, Wells indicates that he wishes to claim in a second or successive § 2255 motion that his sentence violates the rule announced in United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Wells asserts that his claim relies upon a new rule of constitutional law, citing Booker. However, we have held that the rule announced in Booker has not been made retroactively applicable to cases on collateral review by the Supreme Court for purposes of filing a second or successive § 2255 motion. In re Anderson, 396 F.3d 1336, 1339-40 (11th Cir. 2005).

Accordingly, because Wells has failed to make a prima facie showing of the existence of either of the grounds set forth in 28 U.S.C. § 2255, his application for leave to file a second or successive motion is hereby DENIED.